**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Clifford G. BIRDINGROUND,**
**Defendant–Appellant.**

No. 05–30430.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 16, 2006.*

Filed Sept. 29, 2006.

Carl E. Rostad, Esq., USGF–Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Paul G. Matt, Esq., Matt Law Office, Penelope S. Strong, Esq., Strong Law Of-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

fice, Billings, MT, for Defendant–Appellant.

Before: PREGERSON, NOONAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

The district court did not solicit the views of counsel before deciding whether to re-sentence Appellant Clifford G. BirdinGround under *United States v. Ameline,* 409 F.3d 1073, 1085 (9th Cir.2005). This mistake requires us to re-remand the case for compliance with *Ameline.* *See United States v. Montgomery,* —— F.3d ——, 2006 WL 2473448, at *5 (9th Cir. Aug. 29, 2006).

REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.